1  Matthew Dirkes (State Bar No. 255215)
   matt@illovskygates.com
2  ILLOVSKY GATES & CALIA LLP
   1611 Telegraph Ave., Ste. 806
3  Oakland, CA 94612
4  Telephone: (415) 500-6640

5  Attorney for Defendant
   Francis Diaz-Cruz
6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,           Case No. 3:24-cr-00311-JD-4

14               Plaintiff,              **STIPULATION AND [PROPOSED]**
                                         **ORDER TO CONTINUE SENTENCING**
15        v.                             **HEARING**

16  FRANCIS DIAZ-CRUZ,

17               Defendant.

18

19

20

21

22

23

24

25

26

27

28

                                         STIP. AND [PROPOSED] ORDER
                                         Case No.: 3:24-cr-00311-JD-4

Counsel for Francis Diaz-Cruz and the United States of America, through undersigned counsel, hereby stipulate and request that the sentencing hearing set for July 21, 2025, be continued to August 11, 2025, at 10:30 a.m. The parties seek the continuance because of difficulties encountered in scheduling Mr. Diaz-Cruz's interview with U.S. Probation in light of his temporary transfer out of the District.

**IT IS SO STIPULATED**.

Dated: June 6, 2025

    /s/Matthew Dirkes
MATTHEW DIRKES

Counsel for Francis Diaz-Cruz

CRAIG MISSAKIAN
United States Attorney

    /s/Dan Karmel
DAN KARMEL
Assistant United States Attorney

**[PROPOSED] ORDER**

Having reviewed the foregoing stipulation and good cause having been shown, it is hereby ordered that the sentencing scheduled for July 21, 2025, is continued to August 11, 2025, at 10:30 a.m. Sentencing memoranda shall be filed by July 28, 2025.

**IT IS SO ORDERED.**

DATED: June 11, 2025

JAMES DONATO
United States District Judge